UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    8/31/2022
```

DEANNA STROM; BINTOU OUATTARA;
SEHAM SWAILAM; ZETA CHARTER
SCHOOLS; PERSISTENCE PREPARATORY
ACADEMY; VALENCE COLLEGE PREP;
BUFFALO COLLEGIATE CHARTER SCHOOL;
and CARDINAL MCCLOSKEY COMMUNITY
CHARTER SCHOOL,

                              Plaintiffs,

              -against-                                    22 Civ. 4678 (AT)

                                                          **ORDER**

MIGUEL CARDONA, in his official capacity as
Secretary of the U.S. Department of Education; and
U.S. DEPARTMENT OF EDUCATION,

                              Defendants.

ANALISA TORRES, District Judge:

        On July 22, 2022, the Court ordered parties to submit a joint letter and a jointly proposed case management plan and scheduling order by August 19, 2022, ECF No. 9, and later extended the deadline to August 30, 2022, ECF No. 19.  The parties' proposed case management plan is now overdue. Accordingly, by **September 6, 2022**, the parties shall submit a jointly proposed case management plan and scheduling order.

        SO ORDERED.

Dated:  August 31, 2022
        New York, New York

                                        ANALISA TORRES
                                        United States District Judge