UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEANNA STROM; BINTOU OUATTARA; SEHAM SWAILAM; ZETA CHARTER SCHOOLS; PERSISTENCE PREPARATORY ACADEMY; VALENCE COLLEGE PREP; BUFFALO COLLEGIATE CHARTER SCHOOL; and CARDINAL MCCLOSKEY COMMUNITY CHARTER SCHOOL,

    Plaintiffs,

v.

MIGUEL CARDONA, in his official capacity as Secretary of the U.S. Department of Education; and U.S. DEPARTMENT OF EDUCATION,

    Defendants.

22 Civ. 04678 (AT)

---

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Anna Hinton, Ph.D., am the Director of the Charter School Programs Office, Office of Elementary and Secondary Education (OESE), U.S. Department of Education (Department or ED). I hereby certify, to the best of my knowledge and belief, that the documents numbered ED1 through ED2187, as provided to me by CSP staff, comprise the complete administrative record for the Department's July 22, 2021 letter to the New York State Education Department (NYSED) disapproving its request for a waiver to enable NYSED to repurpose $886,665 in funds awarded under its Fiscal Year (FY) 2018 Expanding Opportunity Through Quality Charter Schools Program – Grants to State Entities (CSP SE) program grant to reimburse costs previously incurred by charter school subgrantees under NYSED's FY 2011 Charter Schools Program – Grant to State Educational Agencies (CSP SEA) program grant. The documents are identified in the attached Administrative Record Index.

The administrative record consists of the evidence OESE considered in the course of the

decision-making process, including the Notices Inviting Applications (NIAs), NYSED's applications for funds, peer reviewer comments, Grant Award Notifications (GANs), and formal correspondence, but does not include deliberative materials.  *See Comprehensive Cmty. Dev. Corp. v. Sebelius*, 890 F. Supp. 2d 305, 308-09 (S.D.N.Y. 2012) (articulating standard governing scope of the administrative record); *id*. at 312 (recognizing that "deliberative materials antecedent to the agency's decision fall outside the administrative record").

Dated:  October 7, 2022

                                               ANNA HINTON *Digitally signed by ANNA HINTON Date: 2022.10.07 13:10:45 -04'00'*

                                               Anna Hinton, Ph.D.
                                               Director, Charter School Programs Office
                                               U.S. Department of Education
                                               Office of Elementary and Secondary Education
                                               400 Maryland Avenue, S.W.
                                               Washington, D.C.  20202

## Administrative Record Index

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| **Notices Inviting Applications for FY 2011 CSP SEA Grant Competition and FY 2018 CSP SE Grant Competition** | | | |
| **ED1-9** | January 25, 2011 | James H. Shelton, III, Assistant Deputy Secretary for Innovation and Improvement, ED | FY 2011 Notice Inviting Applications for New Awards under the CSP SEA Program |
| **ED10-19** | March 9, 2018 | Margo Anderson, Acting Assistant Deputy Secretary for Innovation and Improvement, ED | FY 2018 Notice Inviting Applications for New Awards under the CSP SE Program |
| **NYSED's FY 2011 CSP SEA Application (PR/Award Number U282A1100005), Amendments, and Related Documents** | | | |
| **ED20-139** | March 17, 2011 | Valerie Grey, Chief Operating Officer, NYSED; and Mary Drzonsc, NYSED | NYSED's Application for Funds under the FY 2011 CSP SEA Program |
| **ED140-142** | May 30, 2019 | Elizabeth R. Berlin, Executive Deputy Commissioner, NYSED | Letter Requesting No-Cost Extension through July 21, 2020 |
| **ED143-147** | February 27, February 28, March 4, June 5, July 18, and July 22, 2019 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP Program Officer, ED | Series of E-mails Notifying NYSED of Due Date for Annual Performance Report, Approving No-Cost Extension, and Notifying NYSED of Expiration of Funds on September 30, 2019 |
| **ED148-150** | October 13, 2020 | Valerie Kowalski, NYSED; and Ashley Gardner, CSP Program Officer, ED | Series of E-mails Related to NYSED's Request for a Waiver to Enable it to Repurpose Funds under FY 2018 CSP SE Grant to Reimburse Costs Previously Incurred by Charter Schools under NYSED's FY 2011 CSP SEA Grant |

3

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| ED151-162 | October 19, October 22, and October 26, 2020 | David Frank, NYSED; and Ashley Gardner, CSP Program Officer, ED, | Series of E-mails Discussing Closeout of Grant and Submission of Waiver Request to Enable NYSED to Repurpose Funds under FY 2018 CSP SE Grant to Reimburse Costs Previously Incurred by Charter Schools under NYSED's FY 2011 CSP SEA Grant |
| **Grant Award Notifications and Obligation History for NYSED's FY 2011 CSP SEA Grant (PR/Award No. U282A110005)** | | | |
| ED163-166 | August 2, 2012 | Erin Pfeltz, CSP, ED | Continuation Grant Award Notification (Action 3) |
| ED167-204 | July 10, 2015 | Erin Pfeltz, CSP, ED | Continuation Grant Award Notification (Action 14) |
| ED205 | July 21, 2011, August 2, 2012, September 28, 2012, August 7, 2013, September 27, 2013, August 11, 2014, September 26, 2014, July 10, 2015, September 30, 2019, and September 30, 2020 | ED G5 Grants Management System | Obligation History |
| **NYSED's FY 2018 CSP SE Application (PR/Award Number U282A180009), Amendments, and Related Documents** | | | |
| ED206-1626 | April 19, 2018 | Mary Drzonsc, Executive Deputy Commissioner, NYSED | NYSED's Application for Funds under the FY 2018 CSP SE Program |
| ED1627-1664 | June 12, 2018 | Independent Peer Reviewers | Completed Technical Review Forms for NYSED's Approved Application for Funds under the FY 2018 CSP SE Grant Competition |
| ED1665-1671 | November 29, 2018 | Valerie Martin Kowalski, NYSED | Cover E-Mail and Attachment Amending Approved Application to Clarify Application Requirements |
| ED1672-1677 | November 29, 2018 | Valerie Martin Kowalski, NYSED | Proposed Amendments Clarifying Application Requirements |

4

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| ED1678-1690 | October 30, October 31, November 8, November 13, November 14, November 15, 2019; and March 12, 2020 | Valerie Martin Kowalski, NYSED; Daniel Behrend, CSP, ED; and Ashley Gardner, CSP, ED | Series of E-mails related to Proposed Revisions to Budget and Budget Narrative; Revised ED 524 Form, and Revised Budget Narrative Attachments |
| ED1691-1696 | May 30, 2019 | Elizabeth Berlin, Executive Deputy Commissioner, NYSED | Letter Requesting a $15 Million Supplemental Award and Approval to Amend NYSED's Approved Application to Re-allocate $8,750,000 from Years 4 and 5 of the Grant to Year 1 of the Grant |
| ED1697-1699 | October 7, and October 9, 2019 | Valerie Martin Kowalski, NYSED; and John, CSP Data Collection Team, WestEd (ED's Contractor) | Series of E-mails Requesting that NYSED Update its Data Collection Form to Reflect any Subgrant Activity Since Spring 2019 |
| ED1700-1703 | November 1, 2019 | Daniel Behrend, ED; and Valerie Martin Kowalski, NYSED | Series of E-mails Related to ED's Approval of NYSED's Request to Amend Application to Change Planning Period from 12 Months to 18 Months |
| ED1704-1705 | January 28, 2020 | Valerie Martin Kowalski, NYSED | E-mail Requesting a Waiver to Enable NYSED to Award a Second Subgrant to Wildflower New York Charter School |
| ED1706 | April 14, 2020 | David M. Frank, Executive Director, Charter School Office, NYSED | E-mail Transmitting Letter Requesting a Waiver to Enable NYSED to Award Remote Learning Subgrants to Charter Schools that Did Not Have Current CSP Subgrants in Response to the COVID-19 Pandemic |
| ED1707-1712 | April 14, 2020 | Shannon L. Tahoe, Interim Commissioner, NYSED | Letter Requesting a Waiver to Enable NYSED to Award Remote Learning Subgrants to Charter Schools that Did Not Have Current CSP Subgrants in Response to the COVID-19 Pandemic |

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| ED1713-1718 | April 24, 2020 | Valerie Martin Kowalski, NYSED | Cover E-mail and Attachment Requesting Approval to Amend Approved Application to Change Planning Period from 12 Months to 18 Months |
| ED1719 | April 24, 2020 | Valerie Martin Kowalski, NYSED | Proposed Application Amendment to Change Planning Period from 12 Months to 18 Months |
| ED1720-1721 | May 9, 2020 | Valerie Martin Kowalski, NYSED | Cover E-mail and Attachment Requesting Approval to Amend Approved Application to Change Performance Measures Related to Technical Assistance Partnerships |
| ED1722-1726 | May 9, 2020 | Valerie Martin Kowalski, NYSED; and Ariel Jacobs, CSP Program Officer, ED | Series of E-mails Related to NYSED's Proposed Application Amendment to Change Performance Measures Related to Technical Assistance Partnerships |
| ED1727-1729 | May 9, 2020 | Valerie Martin Kowalski, NYSED | Proposed Application Amendment to Change Performance Measures Related to Technical Assistance Partnerships |
| ED1730-1731 | June 1, 2020 | Kathryn Meeley, Acting CSP Director, ED | Letter Granting NYSED's Request for a Waiver to Enable it to Award a Second Subgrant to Wildflower New York Charter School |
| ED132-1735 | July 1, July 2, September 4, September 8, and October 23, 2020 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP Program Officer, ED | Series of E-mails Related to ED's Request for an Updated Budget Narrative |
| ED1736-1740 | October 26, 2020 | Frank T. Brogan, Assistant Secretary, OESE, ED | Letter Approving NYSED's Request for a COVID-19 Waiver to Award Remote Learning Subgrants to Charter Schools that Did Not Have Current CSP Subgrants |

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| ED1741-1743 | October 30, 2020 | Phyllis D. Morris, Chief Financial Officer, NYSED | Letter Requesting a Waiver to Enable NYSED to Repurpose Funds under its FY 2018 CSP SE Grant to Reimburse Costs Previously Incurred by Charter School Subgrantees under NYSED's FY 2011 CSP SEA Grant |
| ED1744-1746 | March 17, and March 26, 2021 | Valerie Martin Kowalski, NYSED; and Jennifer Todd, CSP Supervisor | Series of E-mails Related to Reporting Requirements under NYSED's Approved COVID-19 Waiver |
| ED1747-1748 | May 4, 2021 | Jennifer Todd, Supervisor, CSP, ED | Letter Notifying NYSED of Reporting Requirements |
| ED1749-1750 | July 22, 2021 | Ian Rosenblum, Deputy Assistant Secretary for Policy and Programs Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary, ED | Letter Disapproving NYSED's Request for a Waiver to Enable NYSED to Repurpose Funds under its FY 2018 CSP SE Grant to Reimburse Costs Previously Incurred by Charter School Subgrantees under NYSED's FY 2011 CSP SEA Grant |
| **Data Collection Forms for NYSED's FY 2018 CSP SE Grant** | | | |
| ED1751 | March 2019 | John, CSP Data Collection Team, WestEd (ED's Contractor) | CSP Data Collection Form (Summary Sheet) |
| ED1752 | October 7, 2019 | John, CSP Data Collection Team, WestEd (ED's Contractor) | CSP Data Collection Form (Summary Sheet) |
| ED1753 | May 2020 | John, CSP Data Collection Team, WestEd (ED's Contractor) | CSP Data Collection Form (Summary Sheet) |
| ED1754 | November 2020 | John, CSP Data Collection Team, WestEd (ED's Contractor) | CSP Data Collection Form (Summary Sheet) |
| ED1755 | March 2021 | John, CSP Data Collection Team, WestEd (ED's Contractor) | CSP Data Collection Form (Summary Sheet) |
| **Grant Award Notifications and Obligation History for NYSED's FY 2018 CSP SE Grant (PR/Award No. U282A180009)** | | | |
| ED1756-1805 | September 28, 2018 | Kathryn Meeley, ED | New Award Grant Award Notification (Action 1) |

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| ED1806-1809 | October 17, 2018 | Ashley Gardner, ED | Administrative Action Grant Award Notification (Action 2) |
| ED1810-1813 | November 6, 2018 | Ashley Gardner, ED | Grant Award Notification (Action 3) |
| ED1814-1817 | March 4, 2019 | Ashley Gardner, ED | Administrative Action Grant Award Notification (Action 4) |
| ED1818-1821 | September 12, 2019 | Ashley Gardner, ED | Continuation Grant Award Notification (Action 5) |
| ED1822-1868 | September 25, 2019 | Kia Weems, ED | Continuation Grant Award Notification (Action 6) |
| ED1869-1874 | September 25, 2019 | Kia Weems, ED | Supplement Grant Award Notification (Action 7) |
| ED1875-1878 | December 9, 2019 | Ashley Gardner, ED | Administrative Action Grant Award Notification (Action 8) |
| ED1879-1882 | March 12, 2020 | Ariel Jacobs, ED | Administrative Action Grant Award Notification (Action 9) |
| ED1883-1934 | September 25, 2020 | Kia Weems, ED | Continuation Grant Award Notification (Action 10) |
| ED1935-1938 | March 19, 2021 | Ashley Gardner, ED | Administrative Action Grant Award Notification (Action 11) |
| ED1939 | September 28, 2018, September 25, 2019, September 25, 2020, September 15, 2021, and August 19, 2022 | ED's G5 Grants Management System | Obligation History for NYSED's FY 2018 CSP SE Grant |
| **Route Payment Requests for NYSED's FY 2018 CSP SE Grant (PR/Award No. U282A180009)** | | | |
| ED1940-1945 | April 28, 2020 | Valerie Martin Kowalski, NYSED; Ashley Gardner, CSP, ED; and Ariel Jacobs, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED1946-1955 | April 28, 2020 | ED | Ten Route Payment Request Approvals |
| ED1956-1961 | August 25, 2020 | Valerie Martin Kowalski, NYSED; Ashley Gardner, CSP, ED; and Ariel Jacobs, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED1962-1973 | August 25, 2020 | ED | Twelve Route Payment Request Approvals |
| ED1974-1975 | February 27, 2020 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails Discussing Removal of NYSED's Route Payment Status |
| ED1976 | February 27, 2020 | ED | E-mail Notifying NYSED of Removal of Route Payment Status |

8

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| ED1977-2014 | March 4, 2020 | Valerie Martin Kowalski, NYSED; and Ariel Jacobs, CSP, ED | Series of E-mails and Attachments Requesting Reimbursement of Costs, Revisions to Performance Measures, and Access to G5 System |
| ED2015-2020 | December 4, 2020 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2021-2026 | December 11, 2020 | ED | Six Route Payment Request Approvals |
| ED2027-2032 | December 31, 2020 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2033-2036 | December 31, 2020 | ED | Four Route Payment Request Approvals |
| ED2037-2042 | February 12, 2021 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2043-2046 | February 12, 2021 | ED | Four Route Payment Request Approvals |
| ED2047-2048 | March 10, 2021 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2049-2050 | March 12, 2021 | ED | Two Route Payment Request Approvals |
| ED2051-2053 | March 31, 2021 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2054 | March 31, 2021 | ED | One Route Payment Request Approval |
| ED2255-2056 | April 15, 2021 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2057 | April 16, 2021 | ED | One Route Payment Request Approval |
| ED2058-2060 | May 5, 2021 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP, ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2061 | May 7, 2021 | ED | One Route Payment Request Approval |
| ED2062 | May 19, 2021 | ED | One Route Payment Request Approval |
| ED2063-2065 | May 27, 2021 | Valerie Martin Kowalski, NYSED; and ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2066 | May 27, 2021 | ED | One Route Payment Request Approval |
| ED2067-2068 | June 10, 2021 | Valerie Martin Kowalski, NYSED; and ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2069 | June 10, 2021 | ED | One Route Payment Request Approval |

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| ED2070-2071 | June 28, 2021 | Valerie Martin Kowalski, NYSED; and ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2072-2073 | June 28, 2021 | ED | Two Route Payment Request Approval |
| ED2074-2075 | July 8, 2021 | Valerie Martin Kowalski, NYSED; and ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2076 | July 8, 2021 | ED | One Route Payment Request Approval |
| ED2077-2078 | July 16, 2021 | Valerie Martin Kowalski, NYSED; and ED | Series of E-mails and Attachment Requesting Reimbursement of Costs |
| ED2079-2080 | July 16, 2021 | ED | Two Route Payment Request Approval |
| **Monitoring, Annual Performance Reports, Interim Performance Reports for NYSED's FY 2018 CSP SE Grant (PR/Award No. U282A180009)** | | | |
| ED2081-2096 | FY 2018 | | Annual Performance Report for Budget Period 1 |
| ED2097-2117 | FY 2019 | | Annual Performance Report for Budget Period 2 |
| ED2118-2121 | January 27, and February 9, 2021 | Jennifer Todd, CSP Supervisor, ED; and Ashley Gardner, CSP Program Officer, ED | Cover e-mail and Monitoring Notification Letter |
| ED2122-2128 | March 1, March 2, March 10, April 23, May 3, May 14, May 18, May 20, June 14, June 17, June 25, and July 8, 2021 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP Program Officer, ED | Series of E-mails and Attachments Related to NYSED's FY 2021 Annual Performance Report for Budget Period 3 |
| ED2129-2139 | May 4, May 26, June 28, July 1, July 2, and July 6, 2021 | Valerie Martin Kowalski, NYSED; Yianni Alepohoritis, CSP Program Officer, ED; and Ashley Gardner, CSP Program Officer, ED; and Jennifer Todd, CSP SE Program Supervisor, ED | Series of E-mails Transmitting Letter Notifying NYSED of Statutory Reporting Requirements and NYSED's FY 2018 Interim Performance Report; Letter Reminding NYSED of Reporting Requirements |
| ED2140-2143 | May 26, 2021 | Valeri Martin Kowalski, NYSED | FY 2018 Interim Performance Report |
| ED2144-2148 | July 1, 2021 | NSED | FY 2018 Revised Interim Performance Report |
| ED2149-2173 | FY 2021 | NYSED | Annual Performance Report for Budget Period 3 |

| Beginning Bates # | Date | Author | Document Description |
|---|---|---|---|
| **Indirect Costs and Cash Management** | | | |
| **ED2174-2175** | October 10, 2018, and October 15, 2018 | Valerie Martin Kowalski, NYSED; and Ashley Gardner, CSP Program Officer, ED | Series of E-mails Related to NYSED's Approved Indirect Cost Rate Agreement (2017-109) |
| **ED2176-2178** | September 29, 2017 | Andrew Klippel, NYSED, and Frances Outland, Director, Indirect Cost Group, ED | Approved Indirect Cost Rate Agreement (2017-109) |
| **ED2179-2183** | April 29, July 6, July 8, July 14, and July 15, 2022 | Valerie Martin Kowalski, NYSED; and Laterica Quinn, Ashley Gardner, Jill Gaitens, and Anna Hinton, Ph.D., CSP, ED | Series of E-Mails Related to NYSED's Approved Indirect Cost Rate Agreement |
| **ED2184-2187** | June 22, 2022 | Edward Lenart, Director of Finance, NYSED; and Andre Hylton, Director, Indirect Cost Division, ED | Indirect Cost Rate Agreement (2022-002) |