# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

DEANNA STROM et al.,

                Plaintiffs,              22 **CIVIL** 4678 (JHR)

    -against-                     **JUDGMENT**

LINDA MCMAHON, in her official capacity as Secretary of the U.S. Department of Education; and U.S. DEPARTMENT OF EDUCATION,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2025, the Department's denial of NYSED's request was not arbitrary and capricious. Plaintiffs' motion for summary judgment is DENIED, and Defendants' cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      June 26, 2025

                                            **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                    **BY:** _[signature]_

                                              **Deputy Clerk**